UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| Marvin Kimbrough,<br>    Plaintiff(s),<br><br>v.<br><br>Team Honda,<br>    Defendant(s). | Cause No. 2:20-cv-57 |

## STIPULATION FOR DISMISSAL

IT IS HEREBY STIPULATED and agreed by and between the parties herein, that Plaintiff, Marvin Kimbrough's Complaint against Defendant, US 30 Hon. L.L.C. d/b/a Team Honda, in the above-captioned action, shall be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each party to bear its own costs and fees.

DATED: June 14, 2021

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| /s/Daniel Zamudio<br>Daniel Zamudio, Esq.<br>ZAMUDIO LAW PROFESSIONALS, PC<br>233 South Colfax<br>Griffith, Indiana 46319<br>dan@zlawpro.com<br>Attorney for Plaintiff | /s/Kimberly L. Ross<br>Kimberly L. Ross<br>FORD HARRISON<br>180 North Stetson Avenue, Suite 1660<br>Chicago, Illinois 60601<br>kross@FordHarrison.com<br>Attorney for Defendant |